**Abatement Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01052-CV
_____

### ESTATE OF FLOYD E. DIXON, DECEASED, Appellant

---

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause No. 377,211**

---

## ABATEMENT ORDER

The reporter's record was filed in this appeal on December 18, 2012. Sarah J. Gaines, the official court reporter for Probate Court No. 4, has informed this court that her certification by the Court Reporters' Certification Board lapsed effective January 1, 2011. Until such time as she can be reinstated by the Board, the court has appointed a successor official court reporter to act in her stead and certify, if necessary the reporter's record in this cause. Accordingly, we issue the following order:

The trial court is directed to conduct a hearing to determine whether the parties can agree that the record filed on December 18, 2012 can be certified by the

successor official court reporter. The court is directed to reduce its findings to writing and to have a supplemental clerk's record containing those findings filed with the clerk of this court, together with a reporter's record from the hearing, **within 30 days** of the date of this order. In the event the court determines the record can be certified by the successor court reporter, such certification shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM